KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL GROCH,<br><br>      Plaintiff,<br><br>vs.<br><br>DEARBORN NATIONAL LIFE INSURANCE COMPANY; ENTERTAINMENT INDUSTRY FLEX PLAN,<br><br>      Defendants. | CASE NO: 2:18-cv-06614 CBM (Ex)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF   [JS-6]** |

Pursuant to the Court's Findings of Fact and Conclusions of Law (Docket No. 53):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Joel Groch ("Plaintiff") shall have Judgment in his favor and against defendant Dearborn National Life Insurance Company ("Dearborn") and Entertainment Industry Flex Plan ("the Plan") on his claim for long term disability benefits.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants shall pay long term disability benefits claimed due and owing by Plaintiff for the period of February 28, 2017 to June 19, 2020, in the total amount of $200,000.00. Plaintiff is further entitled to an award of pre-judgment interest in the amount of $2,568.20. The total amount to be paid pursuant to this Judgment is $202,568.20.

It is FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff may file a Motion for Attorneys' Fees and Costs within thirty (30) days of the entry of this Judgment.

Dated: November 9, 2020

_____
Hon. Consuelo B. Marshall
U.S. District Judge

Submitted by:

/s/ Corinne Chandler
Corinne Chandler
Attorneys for Plaintiff
Joel Groch

Approved as to Form:

/s/ Thomas B. Orlando
Thomas Orlando
Attorneys for defendants
Dearborn National Life Insurance Company and
The Entertainment Industry Flex Plan